No. 86–6634.   BROWN *v.* MINNEAPOLIS ELECTRIC STEEL CASTINGS ET AL.   Sup. Ct. Minn.   Certiorari denied.

No. 86–6646.   MCMILLAN *v.* SCULLY ET AL.   C. A. 2d Cir. Certiorari denied.

No. 86–6651.   JACKSON *v.* ARMONTROUT, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 86–6652.   JOHNSON *v.* KANSAS.   Sup. Ct. Kan.   Certiorari denied.

No. 86–6662.   OWEN ET AL. *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 86–6663.   WILKERSON *v.* WYRICK, WARDEN, ET AL. C. A. 8th Cir.   Certiorari denied.

No. 86–6664.   NICHOLAS *v.* BUCHANAN.   C. A. 1st Cir.   Certiorari denied.

No. 86–6665.   MORRIS *v.* OREGON.   Ct. App. Ore.   Certiorari denied.

No. 86–6666.   MCDONALD *v.* PATE ET AL.   C. A. 8th Cir. Certiorari denied.

No. 86–6668.   PARKER *v.* NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 86–6671.   ANDERSON *v.* NEWSOME, WARDEN.   C. A. 11th Cir.   Certiorari denied.

No. 86–6673.   DAVIS *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 86–6681.   MILLER *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 86–6696.   ELAGAMY *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 86–6697.   ASANTE *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.